UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD SCHNEIDER,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

    Defendants.

2:14-cv-01932-JAD-CWH

**ORDER**

    This matter is before the Court on the parties' Stipulation and Order to Stay (#12), filed February 20, 2015. The parties do not provide any points or authorities that would support a stay in this matter. Moreover, the parties seek a stay based on a dispositive motion that, as of yet, has not been filed. The Court will not enter a stay in order to accommodate an unfiled motion. Accordingly,

    DATED: February 23, 2015.

                                                    C.W. Hoffman, Jr.
                                                    United States Magistrate Judge