ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
Email: Gregory.Bean@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD SCHNEIDER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I - V and ROES VI - X, inclusive;<br><br>　　　　Defendants. | CASE NO.:　2:14-cv-01932-JAD-CWH<br><br>**STIPULATION AND ORDER TO STAY** |

　　　　Plaintiff RICHARD SCHNEIDER ("Plaintiff"), by and through his attorneys of record, Jesse Sbaih & Associates, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith, hereby agree as follows:

　　　　1.　　On October 9, 2014, Plaintiff filed suit against State Farm in the Nevada District Court for Clark County Nevada, Case No. A-14-708329-C (the "State Court action"). The primary issue in the Complaint is whether or not the UIM coverage in Plaintiff's three State Farm policies is stackable and whether or not it was reasonable for State Farm to determine that the policies were not stackable.

　　　　2.　　Subsequently, on November 19, 2014, State Farm removed the matter to Federal Court.

　　　　3.　　On March 10, 2015, Plaintiff filed a Motion for Partial Summary Judgment Summary Judgment on the issue of whether Plaintiff is entitled to stackable UIM benefits

4841-7187-4850.1

1  (docket no. 14). State Farm's Response is due by March 27, 2015.

2      4.    A district court has "wide discretion in controlling discovery," and its decision will not be overturned absent a clear abuse of discretion. <u>Little v. City of Seattle</u>, 863 F.2d 681, 685 (9th Cir. 1988). A stay of discovery "furthers the goal of efficiency for the court and litigants." <u>Id</u>. at 685. "In exercising [its] discretion, a court may relieve a party of the burdens of discovery while a potentially dispositive motion is pending." <u>Kuzova v. U.S. Dep't of Homeland Sec.</u>, No. 10-01711, 2011 WL 3422777, at *1 (D. Nev. Aug. 3, 2011) (<u>citing</u> <u>Turner Broadcasting Sys. v. Tracinda Corp</u>., 175 F.R.D. 554, 555-56 (D. Nev. 1997)).

    5.    The Court's ruling on the Motion for Partial Summary Judgment will be dispositive of the UIM benefits issue. Thus, a stay of the action pending the resolution of Plaintiff's Motion for Partial Summary Judgment would be prudent and most economical for the parties. *See Irish v. U.S.*, 2015 WL 557075 (D. Nev., February 10, 2015).

As such, the parties stipulate as follows:

    1.    That the Federal Court action be stayed until the Court has ruled on Plaintiff's Motion for Partial Summary Judgment.

    2.    The stay shall include all current deadlines, including discovery deadlines. Any outstanding discovery deadlines shall be stayed as indicated above.

///
///
///
///
///
///
///
///
///

4841-7187-4850.1

2

3.     Within 30 days after a ruling on the Motion for Partial Summary Judgment and all related motions, the parties will (1) submit a Stipulation and Order reflecting resolution of some or all of the claims and/or (2) reconvene pursuant to LR 26-1 to prepare an updated Discovery Plan and Scheduling Order for the Court's approval.

DATED: March 13, 2015
LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ Gregory Bean
Robert W. Freeman, Esq.
Gregory S. Bean, Esq.
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED: March 13, 2015
JESSE SBAIH & ASSOCIATES, LTD.

By: /s/ Jesse Sbaih
Jesse M. Sbaih, Esq.
Ines Olevic-Saleh, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

IT IS SO ORDERED:

ORDER

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 3, 2015

4841-7187-4850.1

3