✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Richard Schneider

    Plaintiff,

          V.

State Farm Mutual Auto. Insurance Co.

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:14-cv-01932-JAD-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment is hereby entered in favor of State Farm against Plaintiff and Closing Case pursuant to Order #37.

August 29, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ Justin Matott

(By) Deputy Clerk